IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | BANKRUPTCY CASE |
| ) | |
| BOYD SHANE COLLIE ) | NO. 04-43621 |
| ) | |
| Debtor ) | |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
| SUCCESSOR BY MERGER TO WELLS ) | |
| FARGO HOME MORTGAGE, INC. ) | |
| ) | CHAPTER 7 |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | JUDGE: PAUL W. BONAPFEL |
| BOYD SHANE COLLIE ) | |
| L. LOU ALLEN, Trustee ) | |
| ) | |
| Respondents ) | |

ENTERED ON DOCKET
11-17-04

ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above styled Motion having been called before the Court for a hearing on _November 17, 2004_, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing that there was no opposition to the Motion and that the parties were properly served;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. §362(a) automatic stay is lifted as to Movant herein, its successors and assigns, regarding the real property commonly known as 5676 Rutland Drive, Powder Springs, Georgia.

FURTHER ORDERED that Movant, its successors and assigns, may proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, reasonable fees and to assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the payoff due to Movant under its Note and Security Deed shall be paid to the Trustee for the benefit of the Estate.

SO ORDERED this __12__ day of __November__, 2004.

PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE

PREPARED AND PRESENTED BY:

Alice A. Blanco, by
_/s/ #485749_
Alice A. Blanco, Bar No. 062160
Attorney for Movant
McCalla, Raymer, Padrick, Cobb, Nichols & Clark
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 275-7171