UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION



ENTERED ON DOCKET
5-3-05

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 04-43621-PWB |
| | : | |
| BOYD SHANE COLLIE, | : | CHAPTER 7 |
| | : | |
| Debtor(s) | : | |
| | : | JUDGE BONAPFEL |
| BOYD SHANE COLLIE, | : | |
| | : | |
| Movant(s) | : | |
| | : | |
| v. | : | |
| | : | |
| AMERICAN GENERAL FINANCE, INC., | : | |
| | : | |
| Respondent(s). | : | |

### ORDER

Before the Court is the Motion to Avoid a Lien of the above-named Debtor(s), as provided by U.S.C. §522(f) and Bankruptcy Rule 4003(d). The creditor has failed to file a response; thus, the motion is deemed to be unopposed. See BLR 6008-2, NDGa.

Inasmuch as the creditor whose lien is sought to be avoided has failed to controvert timely the debtor's allegations,

**IT IS HEREBY ORDERED** that the lien held by Respondent upon the above-named Debtor(s) is **AVOIDED** to the extent it impairs the Debtor's claim of exemption.

The Clerk is directed to serve a copy of this order upon movant, movant's counsel, respondent and trustee.

IT IS SO ORDERED, this **3rd** day of May, 2005.

_____
PAUL W. BONAPFEL
UNITED STATES BANKRUPTCY JUDGE